IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TECHNOLOGY LICENSING COMPANY, INC.,

    Plaintiff,

  v.

CYBERHOME ENTERTAINMENT, INC.,

    Defendant.

No. C 05-03683 JSW

**ORDER DENYING STIPULATED PROTECTIVE ORDER**

On March 6, 2006, the parties filed a Proposed Stipulated Protective Order. Upon review of the proposed order, the Court finds that paragraph 8 of the Order regarding the filing of documents with the Court under seal does not comply with the Civil Local Rules. *See* Civ. L. R. 79-5. The Stipulated Protective Order is DENIED without prejudice; upon redrafting the offending section, the parties may submit the order for the Court's approval.

**IT IS SO ORDERED.**

Dated: March 7, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE