ARTHUR S. BEEMAN (Bar No. 237996)
PAMELA K. FULMER (Bar No. 154736)
ANNE-MARIE DINIUS (Bar No. 201766)
SARA K. ANDREWS (Bar No. 236519)
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, CA  94107-1957
Tel:  415.836.2500
Fax: 415.836.2501

Attorneys for Defendant and Counterclaimant
CYBERHOME ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CYBERHOME ENTERTAINMENT, INC., a California corporation,<br><br>Defendant.<br><hr>AND RELATED COUNTERCLAIMS | CASE NO.  C 05-03683 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE OF SERVICE OF PROPOSED CLAIM TERM CONSTRUCTIONS UNDER PATENT LOCAL RULE 4-2** |

WHEREAS, Plaintiff and Counterdefendant Technology Licensing Company, Inc. ("TLC") and Defendant and Counterclaimant CyberHome Entertainment, Inc. ("CyberHome") have reached a tentative settlement in the above-captioned action (the "Tentative Settlement");

WHEREAS, pursuant to the Court's January 13, 2006 Scheduling Order the parties are scheduled to exchange proposed claim term constructions today in compliance with Patent Local Rule 4-2; and

WHEREAS, the parties desire to devote their resources to finalizing an agreement memorializing the Tentative Settlement.

THEREFORE, TLC and CyberHome stipulate and agree that they will exchange proposed

DLA PIPER RUDNICK
GRAY CARY US LLP
ATTORNEYS AT LAW

SF\3126194.1
356065-12

STIPULATION AND [PROPOSED] ORDER EXTENDING SERVICE DATE FOR PATENT
L.R. 4-2 EXCHANGE        (CASE NO. C 05-03683 JSW)

1    THEREFORE, TLC and CyberHome stipulate and agree that they will exchange proposed

2    claim term constructions three weeks from today, on May 10, 2006, if TLC has not filed a

3    Stipulated Dismissal, dismissing all claims with prejudice, in the above-captioned action.

4

5

6    Dated: April 19, 2006                    By _____
                                                 JOHN C. CARPENTER
7                                                DANIEL REMER
                                                 Attorneys for Plaintiff and Counterdefendant
8                                                TECHNOLOGY LICENSING COMPANY, INC.

9    Dated: April 19, 2006                    DLA PIPER RUDNICK GRAY CARY US LLP

10
                                             By _____
11                                               ARTHUR S. BEEMAN
                                                 PAMELA K. FULMER
12                                               ANNE-MARIE DINIUS
                                                 SARA K. ANDREWS
13                                               Attorneys for Defendant and Counterclaimant
                                                 CYBERHOME ENTERTAINMENT, INC.
14

15

16    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17

18    DATED: April 20, 2006 _____   _____
                                                 JEFFREY S. WHITE
19                                               UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

DLA PIPER RUDNICK
GRAY CARY US LLP
ATTORNEYS AT LAW

SF\3126194.1
356065-12

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING SERVICE DATE FOR PATENT
L.R. 4-2 EXCHANGE          (CASE NO. C 05-03683 JSW)