1  JOHN W. CARPENTER (221708)

2  DANIEL REMER (83702)

3  Technology Licensing Company Inc.

4  33 ½ Los Piños,

5  Nicasio, CA 94946

6  Phone: (415) 398-4517

7  Facsimile: (415) 276-9857

8  Email: dan@danielremer.com

9  *Attorneys for Plaintiff and Counterclaim*

10 *Defendant Technology Licensing Company, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| **Technology Licensing Company, Inc.,**  Plaintiff and Counterclaim Defendant  v.  **CYBERHOME Entertainment, Inc.**  Defendant and Counterclaimant | Case No. C 05-03683 JSW  **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
|---|---|

Pursuant to a confidential settlement agreement and release, IT IS HEREBY

1  STIPULATED by and between Plaintiff TECHNOLOGY LICENSING COMPANY, INC.

2  ("TLC") and Defendant CYBERHOME Entertainment, Inc, ("CYBERHOME") through their

3
4  counsel of record, that the above-captioned action, including all claims and counterclaims, be

5  and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

6  Each party shall bear its own costs.

7  Dated: April 28, 2006
8

|  |  |
|---|---|
|  | By:  s/ Daniel Remer |
|  |  |
|  | JOHN W. CARPENTER (221708) |
|  | DANIEL REMER (83702) |
|  | Technology Licensing Company Inc. |
|  | 33 ½ Los Piños, |
|  | Nicasio, CA 94946 |
|  | Phone: (415) 398-4517 |
|  | Facsimile: (415) 276-9857 |
|  | Email: dan@danielremer.com |
|  |  |
|  | *Attorneys for Plaintiff and Counterclaim* |
|  | Defendant Technology Licensing Company |
| Dated:  April 28, 2006 | DLA PIPER RUDNICK GRAY CARY |
|  |  |
|  | By s/ Anne-Marie Dinius |
|  |  |
|  | ARTHUR S. BEEMAN |
|  | PAMELA K. FULMER |
|  | ANNE-MARIE DINIUS |
|  | SARA K. ANDREWS |
|  | Attorneys for Defendant and Counterclaimant |
|  | CYBERHOME ENTERTAINMENT, INC. |

**ORDER**

IT IS SO ORDERED.

Dated: __May 1, 2006__                                    _____
                                                          Jeffrey S. White
                                                          U.S. District Judge